# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| BILLIE JOE CHAPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 19-1037-JDT-cgc |
| | ) |
| HARDEMAN COUNTY SHERIFF'S | ) |
| DEPARTMENT, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER DIRECTING PLAINTIFF TO FILE A NON-PRISONER
## *IN FORMA PAUPERIS* AFFIDAVIT OR PAY THE $400 CIVIL FILING FEE

On February 25, 2019, Plaintiff Billie Joe Chapman, filed a *pro se* civil complaint and a motion for leave to proceed *in forma pauperis* while incarcerated at the Hardeman County Jail in Bolivar, Tennessee. (ECF Nos. 1 & 2.) However, the motion was not accompanied by a copy of his inmate trust account statement for the last six months, as required by the Prison Litigation Reform Act (PLRA), 28 U.S.C. §§ 1915(a)-(b). Accordingly, the Court issued an order on February 26, 2019, directing Chapman to submit, within 30 days, either the entire $400 civil filing fee or a copy of his inmate trust account statement. (ECF No. 4.) However, a few days later, on March 4, 2019, Chapman notified the Clerk he had been released from the Jail. (ECF No. 7.)

Under the PLRA, a prisoner bringing a civil action must pay the full filing fee required by 28 U.S.C. § 1914(a). The statute merely provides the prisoner the opportunity

to make a "downpayment" of a partial filing fee and pay the remainder in monthly installments. 28 U.S.C. § 1915(b). In this case, because Chapman was released before he fully complied with the PLRA, the filing fee was not assessed. Under these circumstances, "the obligation to pay the . . . fees is to be determined solely on the question of whether the released individual qualifies for pauper status." *McGore v. Wrigglesworth*, 114 F.3d 601, 613 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Chapman is ORDERED to submit, on or before March 27, 2019, either a non-prisoner *in forma pauperis* affidavit or the entire $400 civil filing fee.[1] The Clerk shall mail Chapman a copy of the non-prisoner *in forma pauperis* affidavit form along with this order.

Failure to comply with this order in a timely manner will result in the dismissal of this action without further notice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED.

                                              s/ **James D. Todd**
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE

---

[1] The civil filing fee is $350. 28 U.S.C. § 1914(a). The Schedule of Fees set out following the statute also requires an additional administrative fee of $50 for filing any civil case. That additional $50 fee will not apply if leave to proceed *in forma pauperis* ultimately is granted.